UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JONATHAN RENTY,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX, INC., et al.,<br><br>    Defendants. | Case No. 5:17-cv-02958-HRL<br><br>**ORDER GRANTING REQUEST TO CONTINUE INITIAL CMC**<br><br>Re: Dkt. No. 18 |

The court grants plaintiff's and defendant Citizens Bank's joint request to continue the Initial Case Management Conference to **November 7, 2017, 1:30 p.m.** The parties' Joint Case Management Statement is due by **November 1, 2017**. Based on representations in their stipulated request, the court assumes that the parties are also prepared to comply with all related ADR and disclosure deadlines set in the court's Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. 4), now adjusted accordingly in view of the November 7 Case Management Conference.

    SO ORDERED.

Dated:  September 22, 2017

HOWARD R. LLOYD
United States Magistrate Judge