SCOTT J. SAGARIA (SBN 217981)
sjsagaria@sagarialaw.com
ELLIOT W. GALE (SBN 263326)
egale@sagarialaw.com
JOE ANGELO (SBN 268542)
jangelo@sagarialaw.com
**SAGARIA LAW, P.C.**
3017 Douglas Blvd., Ste. 100
Roseville, CA 95661
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff
Jonathan Renty

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JONATHAN RENTY, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX, INC.; et. al., <br><br> Defendants. | Case No.: 5:17-CV-02958-HRL <br><br> STIPULATION TO DISMISS DEFENDANT CITIZENS BANK, N.A.; PROPOSED ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

　　IT IS HEREBY STIPULATED by and between plaintiff Jonathan Renty and defendant Citizens Bank, N.A., sued as Citizens Bank fka Charter One Bank, National Association ("Citizens") that Citizens be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

DATED: October 20, 2017        Sagaria Law, P.C.

                               By:    */s/ Elliot W. Gale*
                                      Elliot W. Gale
                               Attorneys for Plaintiff
                               Jonathan Renty

DATED: October 20, 2017        Reed Smith

                               By:    */s/ Raymond Kim*
                                      Raymond Kim
                               Attorneys for Defendant
                               Citizens Bank

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Raymond Kim has concurred in this filing.

*/s/ Elliot Gale*

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant Citizens Bank is dismissed with prejudice and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED:_____

                               HOWARD R. LLOYD
                               UNITED STATES MAGISTRATE JUDGE